# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED

1999 NOV 19 AM 8 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

IN THE MATTER OF:    *
                     *
SEALED PLEADINGS     *          MISC. NO. __97-0165__ (JAF)
                     *
_____    *

---

## DESCRIPTION OF MOTION

DATE FILED:11/10/99 DOCKET: 5     TITLE: MOTION REQUESTING
                                  PLEADINGS BE UNSEALED.

[X] Government       [] Pretrial

[] Defendant(s)      [] Probation

---

## O-R-D-E-R

_X_  GRANTED.

__  DENIED.

__  MOOT.

__  NOTED.

_____

OTHER:

_____

_____

_____          _____
DATE                           JOSE A. FUSTE
                               U.S. DISTRICT JUDGE

OM
I

